UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 06353
   PETER JAMES BRENNAN
   DIANE RAE BRENNAN                      CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
       Debtor
   SSN XXX-XX-1231    SSN XXX-XX-8343
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/23/05 and confirmed on 05/23/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 11900.88 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMCORE BANK | UNSECURED | 11508.29 | .00 | 1150.83 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | 20609.68 | .00 | 2060.97 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5689.28 | .00 | 568.93 |
| ROUNDUP FUNDING LLC | UNSECURED | 990.43 | .00 | 99.04 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 29045.66 | .00 | 2904.57 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7871.11 | .00 | 787.11 |
| FIFTH THIRD BANK | UNSECURED | 10836.75 | .00 | 1083.68 |
| SHOPPERS CHARGE ACCOUNTS | UNSECURED | 1748.22 | .00 | 174.82 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14372.94 | .00 | 1437.29 |
| FIFTH THIRD BANK | UNSECURED | 2711.62 | .00 | 271.16 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 105383.98 | .00 | 105383.98 |
| PRINCIPAL PAID | .00 | .00 | 10538.40 | .00 | 10538.40 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 10538.40 | .00 | 10538.40 |

The Debtor's attorney, MATTHEW M LITVAK ESQ        , was allowed $  1200.00 and was paid $   406.00 direct and $    794.00 through the plan.

The Trustee received $    518.48 .

Refunds to the Debtor totaled $     50.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated:  03/13/09                        /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 05 B 06353 PETER JAMES BRENNAN & DIANE RAE BRENNAN
```